UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CHAIDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. SANDOVAL, JR., et al<br><br>　　　　　Defendant. | 1:22-cv-00359-HBK (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>30-DAY DEADLINE |

Plaintiff, a state prisoner, initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on March 28, 2022. (Doc. No. 1). Plaintiff did not accompany the complaint with the $402.00 filing fee or an application to proceed in forma pauperis under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **thirty (30) days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. Failure to comply with this order will result in a recommendation to dismiss this case.

Dated: 　March 28, 2022　　　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE