**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUADALUPE CHAIDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. SANDOVAL, E. MAGALLANES, and B. ADAMAK,<br><br>　　　　Defendants. | No. 1:22-cv-00359-KES-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE<br><br>Doc. 12. |

　　　　Plaintiff Guadalupe Chaidez filed this prisoner civil rights action against Defendants under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 14, 2023, the magistrate judge filed findings and recommendations, recommending the district court dismiss this action for failure to prosecute. Doc. 12. The findings and recommendations notified the Plaintiff that any objections were due within fourteen (14) days of service. *Id*. at 3. Plaintiff has not filed any objections and the time to do so has passed. *See* docket.

　　　　In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, it is ORDERED:

1. The findings and recommendations filed on November 14, 2023, Doc. 12, are ADOPTED in full;
2. This action is DISMISSED, without prejudice, for Plaintiff's failure to prosecute this action; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 1, 2024

_____
UNITED STATES DISTRICT JUDGE

2